United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD V. RAY, JR., | No. C 10-1107 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEREMY FRIEDLANDER,<br>Deputy California Attorney General, | |
| Defendant. | |

This action is dismissed with prejudice.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 1, 2010

_____
SUSAN ILLSTON
United States District Judge